IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALIZA GROSS, RANDY GROSS and BETH GROSS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:19-cv-02743 ) |
| HOWARD CHAPMAN, ADAM CHAPMAN, and DALE CHAPMAN | ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS COUNTS VII
AND VIII OF PLAINTIFFS' FIRST CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants, Howard Chapman, Dale Chapman, and Adam Chapman, through their counsel, move this Court to dismiss Counts VII and VIII of Plaintiffs' First Consolidated Amended Complaint ("Complaint") for all of the reasons stated in their *Memorandum of Law in Support of Their Motion to Dismiss* filed with this motion.

1. As described more fully in the accompanying Memorandum, Counts VII and VIII of Plaintiffs' Complaint should be dismissed.

2. As pled, Count VII alleges no disclosure of private facts which is required of any claim of invasion of privacy.

3. The events alleged in the Complaint which Plaintiffs submit support their claim of intentional infliction of emotional distress are neither extreme nor outrageous conduct required to give rise to severe emotional distress or intent.

4. In accordance with the Court's Standing Order, counsel for the parties have conferred regarding this Motion.

WHEREFORE, for the reasons set forth in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Counts VII and VIII filed contemporaneously herewith, Defendants respectfully request that the Court enter an Order dismissing Counts VII and VIII of Plaintiffs' First Consolidated Amended Complaint with prejudice for failure to state claims under Federal Rule of Civil Procedure 12(b)(6), and for such other relief as the Court deems appropriate.

Dated: August 19, 2019            Respectfully submitted,


By:    /s/ Paula K. Jacobi
       One of their Attorneys


       Paula K. Jacobi (ARDC No. 1311247)
       Paul Olszowka (ARDC No. 6291267)
       Brandon B. Bridges (ARDC No. 3212414)
       BARNES & THORNBURG LLP
       One North Wacker Drive, Suite 4400
       Chicago, Illinois 60606-2833
       (312) 357-1313
       paul.olszowka@btlaw.com
       paul.jacobi@btlaw.com
       brandon.bridges@btlaw.com

       *Attorneys for Defendants Howard Chapman,
       Dale Chapman, and Adam Chapman*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby states that a copy of the foregoing **DEFENDANTS' MOTION TO DISMISS COUNTS VII AND VIII OF PLAINTIFFS' FIRST CONSOLIDATED AMENDED COMPLAINT** was served on the following counsel of record this 19th day of August, 2019, by operation of the Court's ECF system:

> Lawrence C. Rubin
> Cary E. Dunham
> Taft Stettinus & Hollister LLP
> 111 E. Wacker Drive, Suite 2800
> Chicago, Illinois 60601

             /s/ *Paula K. Jacobi*