# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Randy Gross, et al.

                                Plaintiff,

v.                                                   Case No.: 1:19–cv–02743
                                                       Honorable Martha M. Pacold

Howard Chapman, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 11, 2020:

      MINUTE entry before the Honorable Jeffrey Cole: Telephone status conference held on 12/11/20. The parties have announced that the case is settled. All matters relating to the referral having been accomplished, the referral is closed and the case returned to Judge Pacold. Counsel are to be congratulated for all their efforts in resolving what was a most difficult case.Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.